# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>      Plaintiff,<br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 2:22-cv-05037-WJM-JSA<br><br>**ORDER OF DISMISSAL** |

The parties having notified the Court that the above action has been resolved, it is on this 28th day of December, 2023

**ORDERED** that this matter be and is hereby dismissed with prejudice and without costs or fees attached to any party.

_____
Hon. William J. Martini, U.S.D.J.